UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, | Case No. 5:23-cv-00324-SB-SP |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE RE SANCTIONS |
| AMAZON.COM, INC. et al., | |
| Defendants. | |

The Court issued its case management order (CMO) on April 14, 2023. Dkt. No. 29. The Court warned the parties that it would only modify the CMO based on a showing of good cause and that the parties should diligently pursue discovery. *See* Dkt. No. 42 (setting forth the numerous admonitions given by the Court and the parties failure to heed them). The Court subsequently determined that minimal relief was warranted and modified the CMO as to discovery, motions, and the settlement conference deadline. Dkt. No. 45. The Court did not modify the dates for either set of trial filings or for the trial or pretrial conference. *Id.*

But the date to submit the first set of trial filings has passed and neither party has submitted the requisite trial filings. Instead, the Court received a notice of inability to comply, which fails to adequately explain why the parties believed they could disregard this Court's order.

Accordingly, the parties are ordered to show cause at an in person hearing at 8:30 a.m. on January 5, 2024, why they and their counsel should not be subject to sanctions, including monetary sanctions, under Federal Rule of Civil Procedure 16(f) and/or the Court's inherent authority, for failing, as ordered, to submit the first set of pretrial filings on December 15, 2023. The parties shall each file a written response to this order to show cause (OSC), including a declaration from

counsel, no later than 9:00 a.m. on December 29, 2023.  In the written response to the OSC, counsel shall state whether they ever been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order.

Date: December 21, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge