JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>  Defendants. | Case No. 5:23-cv-00324-SB-SP<br><br>ORDER OF DISMISSAL |

  Pursuant to the parties' joint stipulation, Dkt. No. 62, this action is DISMISSED in its entirety, with each party bearing its own attorneys' fees and costs.

Date: January 25, 2024

                   Stanley Blumenfeld, Jr.
                  United States District Judge